**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **1:93-CR-05021-LJO** |
| **Plaintiff-Respondent,** | **ORDER ON GOVERNMENT'S MOTION FOR AN EXTENSION OF TIME  (Doc. 275)** |
| **v.** | |
| **RAY MARTIN HEFFINGTON,** | |
| **Defendant-Petitioner.** | |

## I. <u>INTRODUCTION</u>

Ray Martin Heffington ("Petitioner"), a prisoner in federal custody, brings a pro se 28 U.S.C. § 2255 motion ("§ 2255 motion") to vacate, set aside, or correct his sentence.

## II. <u>BACKGROUND OF THE CASE</u>

On May 7, 1993, Petitioner was convicted in the United States District Court for the Eastern District of California of conspiracy to distribute and possess with intent to distribute approximately five pounds of methamphetamine. Because Petitioner had suffered two prior felony drug convictions, the district court was required to sentence him to a term of life imprisonment pursuant to 21 U.S.C. § 841(b)(1)(A). *United States v. Ray Martin Heffington*, Case No. CR F93-5021-OWW  (E.D. Cal.). On April 18, 1995, the Ninth Circuit affirmed Petitioner's conviction and sentence. *United States v. Heffington*, 52 F.3d 335 (9th Cir. 1995).

On June 4, 2015, Petitioner filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 in the United States District Court for the Eastern District of California. Construing the petition as

1

a challenge to a conviction entered in the San Bernardino County Superior Court, the magistrate judge transferred the petition to the Central District of California. The government filed a motion to transfer the petition back to the Eastern District of California or, in the alternative, to dismiss it. Petitioner filed a reply, agreeing that his petition challenges the sentence imposed by the Eastern District and stating that he did not object to the transfer of his case. On December 3, 2015 the Central District granted the government's request to transfer the case. *Heffington vs. Fed. Bureau of Prisons*, No. EDCV 15-1131-CBM (AJW), Doc. 14. Petitioner re-filed his motion on December 10, 2015. Doc. 273.

On January 7, 2015, this Court requested that the government file an opposition or response Petitioner's motion, setting a deadline 46 days out. Doc. 274. Now before the Court is the government's motion to extend the deadline an additional 67 days. Doc. 275. While the Court appreciates that Counsel has other cases pending, it also finds that a 113-day gap presents an undue delay in the resolution of this matter. Further, the sole issue before the Court appears to be whether the reclassification of Petitioner's previous offenses from felonies to misdemeanors should have any retroactive effect on his sentence. Nevertheless, the Court respects Counsel's concern regarding his appearance before the Court of Appeals. Therefore it, will allow the government an additional three weeks' time to prepare a response.

### III. <u>CONCLUSION AND ORDER</u>

For the reason discussed above, this Court GRANTS the government's motion to extend time as follows: The United States shall have until Monday, March 14, 2016 to file its opposition. Petitioner shall have until Wednesday, April 13, 2016 to file a reply.

IT IS SO ORDERED.

Dated:   **January 19, 2016**          **/s/ Lawrence J. O'Neill**
UNITED STATES DISTRICT JUDGE