Cessed the HEATHER E. WILLIAMS, #122664
Federal Defender
ANN C. M<sup>c</sup>CLINTOCK, Bar #141313
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant-Movant
RAY MARTIN HEFFINGTON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:93-cr-5021 |
| Plaintiff, | **SEALING ORDER** |
| v. | |
| RAY MARTIN HEFFINGTON, | |
| *Defendant-Movant.* | |

GOOD CAUSE APPEARING, it is HEREBY ORDERED that Defendant Heffington's Exhibits 1-3 to his Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) in this case shall be filed ***under seal*** until further order of the court as it contains confidential medical records.

IT IS SO ORDERED.

Dated: **April 2, 2020**

_____
UNITED STATES DISTRICT JUDGE